IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER BRUNELLE, et al., | : | |
| Plaintiffs, | : | 3:15-CV-960 |
| v. | : | (JUDGE MARIANI) |
| CITY OF SCRANTON, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS 3rd DAY OF AUGUST, 2018, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 72) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 72) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion for Stay of Proceedings (Doc. 49) is **DENIED**.

Robert D. Mariani
United States District Judge