IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER BRUNELLE, et al., | : | |
| Plaintiffs, | : | 3:15-CV-960 |
| v. | : | (JUDGE MARIANI) |
| CITY OF SCRANTON, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS 3rd DAY OF AUGUST, 2018, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 73) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 73) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Dismiss the Amended Complaint (Doc. 30) is **DENIED** with respect to all claims **except** for Plaintiff's Taking Clause claim contained within Count V of the Amended Complaint.

3. Plaintiff's Takings Clause claim in Count V of the Amended Complaint is **STAYED** pending the Supreme Court's decision in *Knick v. Twp. of Scott*, 138 S.Ct. 1262.

Robert D. Mariani
United States District Judge